

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 8, 1939

Honorable Robert H. Wood
Chairman of the Committee to Investigate Rentals
House of Representatives
Austin, Texas

Dear Mr. Wood:

Opinion No. O-290
Re: Does Federal money, paid into the State Treasury and used for the purpose of administering a department of the State, become State money and subject to the control of the Legislature?

Your inquiry of February 6th is received.

We answer that Federal money, paid into the State Treasury for the purpose of administering a department of the State government, becomes State money and is under the jurisdiction of the Legislature as other State money, unless the money is earmarked by Federal statute or regulation and limited to a special purpose.

Not being informed as to the particular Federal money referred to or the purpose of the payment into the State Treasury, we are, of course, unable to say whether the particular fund is earmarked.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By
Albert S. Rollins
Assistant

ASR:PBP

APPROVED:

ATTORNEY GENERAL OF TEXAS